UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:21-cv-00246 ) |
| PARK PLACE RETAIL PARTNERS d/b/a PARK PLACE SHOPPING CENTER, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The Plaintiff has filed a Stipulation of Dismissal (Doc. No. 21). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE